IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:02CR36 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| LINDA LANGE, | ) | ORDER TO RELEASE |
| | ) | GARNISHMENT |
| Defendant. | ) | |

This matter comes before this Court on the Motion of the Plaintiff, United States of America, for an order releasing the garnishment against Midwest Operations, LLC Po Box 1381 Norfolk, NE 68702

IT IS HEREBY ORDERED that the garnishment against Midwest Operations, LLC, is released.

DATED this 16th day of February, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
JUDGE, U. S. DISTRICT COURT